THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GRAFF CONTRACTING, LLC, an Alaska limited liability company,<br><br>Defendant. | NO. C18-455-MJP<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND COURT DATES |

THIS MATTER having come on to be heard on the motion of Plaintiffs, Plaintiffs appearing through their attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., the parties are in settlement discussion and hope to have this matter resolved before the requested 30-day extension, now, therefore;

IT IS HEREBY ORDERED that Plaintiffs' Motion to Extend Court Dates has been granted as follows:

Deadline for FRCP 26(f) conference……………..June 22, 2018

Initial Disclosures Pursuant to FRCP 26(a)………June 29, 2018

Combined Joint Status Report and Discovery
  Plan as Required by FRCP 26(f), and Local
  Rule CR 16………………………………………July 5, 2018


DONE IN OPEN COURT this 5th day of June, 2018.

_____
Marsha J. Pechman
United States District Judge


Presented for Entry by:

_____
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorney for Plaintiff