THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, et al., <br> Plaintiffs, <br> v. <br> GRAFF CONTRACTING, LLC, an Alaska limited liability company, <br> Defendant. | NO.   C18-455-MJP <br><br> STIPULATION AND ORDER FOR ENTRY OF JUDGMENT |

THE PARTIES above named, through their attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiffs, and Roger O. Graff, owner of Graff Contracting, LLC, hereby stipulate for entry of Judgment in the above-referenced action.

DATED this ___ day of _July_____, 2018.

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

_____
Russell J. Reid, WSBA #2560
Attorney for Plaintiffs

GRAFF CONTRACTING, LLC

_____
Roger O. Graff, ~~Owner~~ Manager
Defendant

STIPULATION AND ORDER FOR ENTRY
OF JUDGMENT – C18-455-MJP
Page 1 of 2
G:\101-01999\540 IUOE Trust\Graff Contracting LLC 36911 1-18-1Stip Order for Jdgmt - Fed.doc

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

## ORDER FOR ENTRY OF JUDGMENT

Based on the foregoing Stipulation of Plaintiffs and Defendant, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiffs be and hereby are awarded Judgment against Defendant in the amounts hereinafter listed, which amounts are due the Plaintiff Trusts by Defendant for its inclusive employment of members of the bargaining unit represented by Locals 302 and 612, with which the Defendant has valid collective bargaining agreements, and which amounts are due by reason of its specific acceptance of the Declarations of Trust for the period January 2018 through April 2018: for contributions of $4,927.18, for dues of $237.56, for liquidated damages of $1,205.58, for pre-judgment interest of $181.90, for attorneys' fees of $312.00 and for costs of $480.00, all for a total of $7,344.22, together with interest accruing thereupon at the rate of twelve percent (12%) per annum from the date of entry hereof until fully paid.

JUDGMENT ENTERED this 5th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE

Presented for entry by:

_____
Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, L.L.P.
Attorneys for Plaintiffs

STIPULATION AND ORDER FOR ENTRY
OF JUDGMENT – C18-455-MJP
Page 2 of 2
G:\01-01999\540 IUOE Trust\Graff Contracting LLC 36911 1-18\Stip Order for Jdgmt - Fed.doc

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925